_____

**SO ORDERED,**

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: August 14, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**                                                                                      Case No.  17-01963-ee

**Abraham L. Richardson, Sr.**                                                Chapter 13
      **DEBTOR(S)**

## ORDER ON DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

**THIS MATTER** is before the Court on the Debtor(s) Motion to Modify Chapter 13 Plan (Dkt. #55) and there having been no response timely filed to said Motion by affected creditors or other parties in interest,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the Debtor's Motion to Modify Chapter 13 Plan shall be, and hereby is, sustained.

##  END OF ORDER ##

SUBMITTED BY:

Michael G. Pond
MS Bar No. 08751
Pond Law Firm
1650 Lelia Drive, Suite 101
Jackson, Mississippi  39216
(601) 948-4878
FAX 866-666-0341
michael@pondlawoffice.com